IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**Sentencing Minute Sheet**
for the Honorable Brian C. Wimes, U.S. District Court Judge
at Kansas City, Missouri

**UNITED STATES OF AMERICA**

vs.  Date: May 12, 2020

Case No.: 2:11-CR-04025-01-BCW

**MASSOUD LATIFI**

### APPEARANCES

Plaintiff's counsel: Lauren Kummerer, AUSA
Defendant's counsel: Pat McInerney, Carly Duvall
Probation officer: Jennifer Simons
IRS Special Agent: Jeffrey Abbott
Also present: Eemaun Latifi and Omeed Latifi

Time commenced: 10:58 a.m.    Time terminated: 11:22 a.m.

**PROCEEDINGS HELD VIA VIDEO CONFERENCE:** All parties present via video conference. Counsel makes a record re: video consent of the defendant. Court finds, based on the statements and pleadings of the parties that sentencing cannot be delayed without serious harm to the interests of justice. Court takes up objections the Presentence Investigation Report that affect the guidelines or sentence imposed and rules as stated on the record. The Court adopts the Report without change. Sentencing recommendations presented by counsel. Defendant makes statements. Allocution granted to the defendant.

SENTENCE: Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of **TIME SERVED** on this one-count Information; followed by 2 years of supervised release with mandatory, standard and special conditions imposed.

Fine waived. MSA of $100.00 imposed. Restitution: $0. Defendant advised of right to appeal. Preliminary order of forfeiture is finalized and imposed.

The original indictment and Superseding Indictment are dismissed upon motion of the government.

Defendant advised of right to appeal.

Court Reporter: Judy Moore    Courtroom Deputy: Joella Baldwin